## Maryland Casualty Company, Appellant, *v.* Darby Township.

Argued April 27, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and EAGEN, JJ.

*Robert B. Greer*, with him *Leon S. Forman*, and *Wexler, Mulder & Weisman*, and *Butler, Beatty, Greer & Johnson*, for appellant.

*John F. Cramp*, for appellee.

OPINION PER CURIAM, May 23, 1960:
The judgment of the court below entered in this declaratory judgment proceeding is affirmed on the opinion of President Judge SWENEY for the court en banc, reported in 20 Pa. D. & C. 2d 543.